RAJ V. ABHYANKER, California SBN 233284
Email: raj@legalforcelaw.com
LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

*Attorney for Plaintiffs*

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

*Attorneys for Federal Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C. and RAJ ABHYANKER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT & TRADEMARK OFFICE, <br><br> Defendant. | CASE NO. 5:25-cv-09010-PCP <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** <br><br> Judge:　　Hon. P. Casey Pitts |

Plaintiffs LegalForce RAPC Worldwide P.C. and Raj Abhyanker ("Plaintiffs") and Defendant United States Patent and Trademark Office ("Defendant" or "USPTO"), by and through their respective counsel, hereby stipulate and respectfully request that the Court enter the following briefing schedule, subject to the Court's approval and availability.

WHEREAS, on February 12, 2026, the Court granted Defendant's partial motion to dismiss (ECF No. 17);

WHEREAS, by letter dated April 27, 2026, the USPTO confirmed that it had completed processing of the records responsive to FOIA Request No. F-25-00101 and that there would be no additional release of responsive documents;

WHEREAS, the parties have met and conferred and agree that the sole issue remaining for

resolution is whether Plaintiffs are entitled to an award of attorney's fees and litigation costs under 5 U.S.C. § 552(a)(4)(E), and if so, the amount;

WHEREAS, the parties agree that this issue may be resolved by a single motion for summary judgment, with Plaintiffs moving first, Defendant responding, and Plaintiffs replying;

WHEREAS, the parties have conferred regarding a mutually convenient hearing date and the Court's availability, and the proposed schedule provides for briefing to conclude at least 21 days before the hearing, consistent with the Court's Standing Order;

WHEREAS, a mediation is scheduled for June 8, 2026 (ECF No. 22–24), and the proposed schedule allows the parties to complete that mediation before briefing commences;

NOW, THEREFORE, the parties stipulate, subject to the Court's approval, to the following schedule:

| Event | Date |
| --- | --- |
| Plaintiffs' Motion for Summary Judgment (opening brief) | 7/2/2026 |
| Defendant's Opposition | 7/16/2026 |
| Plaintiffs' Reply | 7/23/2026 |
| **Hearing** | **8/13/2026, 10:00 a.m.** |

Respectfully Submitted,

DATED: May 29, 2026                LEGALFORCE RAPC WORLDWIDE, P.C.

_/s/ Raj v. Abhyanker_
RAJ V. ABHYANKER
Attorneys for Plaintiffs

DATED: May 29, 2026                CRAIG H. MISSAKIAN
United States Attorney

_/s/ Roman A. Swoopes_
ROMAN A. SWOOPES
Assistant United States Attorney
Attorneys for Federal Defendant
United States Department of Justice

In compliance with Civil L.R. 5-1(i)(3), the filer of this document attests that counsel for all parties concur in the filing of this document.

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Dated:  June 1, 2026

_____
HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE